UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LIONEL BLANKS,

        Petitioner,

   v.

STATE OF CALIFORNIA,

        Respondent.

Case No. 14-cv-05048-VC (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On November 14, 2014, Lionel Blanks, a state prisoner, submitted a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 accompanied by an unsigned check.

On the same day the action was filed, the Clerk of the Court returned to Blanks his unsigned check and requested that he sign the check and return it in the enclosed envelop. By November 21, 2014, when Blanks had not returned the check, the Clerk sent him a blank in forma pauperis application and a notice that he must return the completed application or pay the filing fee within twenty-eight days of the date of the notice or his action would be dismissed.

More than twenty-eight days have passed and Blanks has not paid the filing fee, submitted his IFP application or otherwise communicated with the Court.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Clerk shall terminate all pending motions, and close the file.

Dated: January 9, 2015

                                VINCE CHHABRIA
                                United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL BLANKS,<br><br>        Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA,<br><br>        Defendant. | Case No.  14-cv-05048-VC<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 1/9/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lionel Blanks ID: AM0140
Corcoran State Prison
P.O. Box 3461
Corcoran, CA 93212


Dated: 1/9/2015


                                              Richard W. Wieking
                                              Clerk, United States District Court


By:_____
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA