UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL BLANKS,<br><br>        Petitioner,<br><br>   v.<br><br>STATE OF CALIFORNIA,<br><br>        Respondent. | Case No. 14-cv-05048-VC  (PR)<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO SHOW CAUSE WHY PETITION SHOULD NOT BE DISMISSED FOR FAILURE TO EXHAUST<br><br>RE: Dkt. No. 11 |

Petitioner Lionel Blanks, a state prisoner, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On January 26, 2015, the Court issued an order for Blanks to show cause, within twenty-one (21) days from the date of the order, why his petition should not be dismissed for failure to exhaust state remedies.

Blanks now moves for thirty additional days in which to show that some or all of his claims have been exhausted.  This motion is granted.  Blanks is granted thirty days from the date of this order to respond to the order to show cause.  The Court will not entertain any further motions for extensions of time.

This Order terminates docket number 11.

IT IS SO ORDERED.

Dated: February 25, 2015

_____
VINCE CHHABRIA
United States District Judge